**Order entered June 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01225-CV

### JANOS FARKAS, Appellant

### V.

### AURORA LOAN SERVICES, LLC, AURORA BANK FSB. FEDERAL NATIONAL BANK ASSOCIATION, JINNI GONZALEZ, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02053**

## ORDER

Before the Court is appellant's June 7, 2016 unopposed motion for extension of time to file appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed within **THIRTY DAYS** of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE